UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Daniel Lopez,<br><br>    Defendant. | Case No. 2:23-mj-00863-MDC<br><br>**Order** |

    The Court finds that Mr. Lopez has completed the special conditions of his unsupervised probation in accordance with his sentence.

    IT IS THEREFORE ORDERED that Mr. Lopez is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

    IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

    IT IS FURTHER ORDERED that the status conference set for February 27, 2025 at 1:30 p.m., is vacated.

    DATED this 24th day of February, 2025.

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE